(Official Form 1) (12/02) West Group, Rochester, NY

| **FORM B1** | **United States Bankruptcy Court**<br>**District of NEVADA** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (If individual, enter Last, First, Middle):<br>**Payne, Edward** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Payne, Terry Lynn** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**NONE** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all) **2264** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all) **3218** |
| Street Address of Debtor  (No. & Street, City, State & Zip Code):<br>**1315 Gloria Lane**<br>**Boulder City NV      89005** | Street Address of Joint Debtor  (No. & Street, City, State & Zip Code):<br>**1315 Gloria Lane**<br>**Boulder City NV      89005** |
| County of Residence or of the<br>Principal Place of Business:   **Clark** | County of Residence or of the<br>Principal Place of Business:   **Clark** |
| Mailing Address of Debtor  (if different from street address):<br>**SAME** | Mailing Address of Joint Debtor  (if different from street address):<br>**SAME** |

Location of Principal Assets of Business Debtor
(If different from street address above): **NOT APPLICABLE**

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**  (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor**   (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed**   (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts**   (Check one box) | **Filing Fee**  (Check one box) |
|---|---|
| ☒ Consumer/Non-Business        ☐ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business**   (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information**   (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☒ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |
|---|---|---|---|---|---|---|

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

2004 JAN -2  PM 3: 26
UNITED STATES
BANKRUPTCY COURT
GRAY CLERK

RECORDED AND FILED

(Official Form 1) (12/02) West Group, Rochester, NY

| **Voluntary Petition** | Name of Debtor(s): **FORM B1, Page 2** |
|---|---|
| *(This page must be completed and filed in every case)* | *Edward and Terry Lynn Payne and Terry Lynn Payne* |

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

*1/2/2004*
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**Robert C. LePome, Esq. NV Bar #1980**
Printed Name of Attorney for Debtor(s)

**Robert C. LePome, Esq.**
Firm Name

**330 S. Third St. #1100B**
Address

**Las Vegas NV 89101**

**702-385-5509**     **1/2/2004**
Telephone Number         Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*1/2/2004*
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____     *1/2/2004*
Signature of Attorney for Debtor(s)     Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B 201 (4/98) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($170 filing fee plus $30 administrative fee)

1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.   Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.   Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.   Under certain circumstances you may keep property that you have purchased subject to valid security interest.
Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $30 administrative fee)

1.   Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.   Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.   Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.   After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $30 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family farmer ($200 filing fee plus $30 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| 1/2/2004 | | |
| Date | Signature of Debtor | Case Number |
| 1/2/2004 | | |
| Date | Signature of Joint Debtor | |

DEBTOR COPY          COURT COPY
(circle one)

FORM 06 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re *Edward and Terry Lynn Payne and Terry Lynn Payne*

Case No.
Chapter   7

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | Yes | 1 | $ 200,000.00 | | |
| B-Personal Property | Yes | 4 | $ 454,727.33 | | |
| C-Property Claimed as Exempt | Yes | 2 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 174,610.00 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 882,725.25 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 2 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,429.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 6,079.00 |
| Total Number of Sheets in All Schedules ► | | 20 | | | |
| Total Assets ► | | | $ 654,727.33 | | |
| Total Liabilities ► | | | | $ 1,057,335.25 | |

FORM 86A (6/90) West Group, Rochester, NY

In re _Edward and Terry Lynn Payne and Terry Lynn Payne_____ / Debtor       Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.   If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."   If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1315 Gloria Lane, Boulder City | Fee Simple | C | $ 200,000.00 | $ 131,115.00 |
| | | | | |

No continuation sheets attached

**TOTAL $**
(Report also on Summary of Schedules.)

_200,000.00_

FORM B6B (10/89) West Group, Rochester, NY

In re **Edward and Terry Lynn Payne and Terry Lynn Payne** _____ / Debtor     Case No. _____
<br>(if known)

## SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet property identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on Hand**<br>**Location: In debtor's possession** | C | $ 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Boulder Dam Credit Union Checking Account**<br>**Location: In debtor's possession** | C | $ 25.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings**<br>**Location: In debtor's possession** | C | $ 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing**<br>**Location: In debtor's possession** | C | $ 150.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **.22 calibur pistol**<br>**Location: In debtor's possession** | C | $ 25.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance Policy with Conseco**<br>**Location: In debtor's possession** | H | $ 400.00 |
| | | **Life Insurance Policy**<br>**Location: In debtor's possession** | W | $ 400.00 |

Page __1__ of __4__

FORM B6B (10/89) West Group, Rochester, NY

In re _Edward and Terry Lynn Payne and Terry Lynn Payne_____ / Debtor    Case No. _____

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | IRA with Boulder Dam Credit Union Location: In debtor's possession | W | $ 20,000.00 |
| | | IRA with Boulder Dam Credit Union Location: In debtor's possession | H | $ 20,000.00 |
| | | IRA with Edward Jones & Sons Location: In debtor's possession | H | $ 3,014.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% interest in Boulder Excavating, Inc. Location: In debtor's possession | C | $ 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | | 25% interest of E & T Excavating, LLC Location: In debtor's possession | C | $ 0.00 |
| | | Swains Creek Limited Family Partnership Location: In debtor's possession | C | $ 480.00 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights | | POSSIBLE MALPRACTICE CLAIM AGAINST ATTORNEY C. DUNN. | | UNKNOWN |

FORM B6B (10/89) West Group, Rochester, NY

In re **Edward and Terry Lynn Payne and Terry Lynn Payne** _____ / Debtor    Case No. _____
(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| to setoff claims. Give estimated value of each. | | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | *1974 Jeep CJ5 (50% interest)* *Location: In debtor's possession* | W | $ 500.00 |
| | | *1992 Chevrolet pickup* *Location: In debtor's possession* | C | $ 1,200.00 |
| | | *1995 Dodge 3500 utility truck* *Location: In debtor's possession* | C | $ 12,000.00 |
| | | *1997 Cadillac DeVille Sedan* *Location: In debtor's possession* | J | $ 6,000.00 |
| | | *2000 Cadillac Escalade* *Location: In debtor's possession* | C | $ 22,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | | *Heavy Equipment consisting of Caterpillar 930 Loader, Sumitomo 200 Excavator, and Case 580 Backhoe* *Location: In debtor's possession* | C | $ 20,000.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |

Page __3__ of __4__ .

FORM B6B (10/89) West Group, Rochester, NY

In re _Edward and Terry Lynn Payne and Terry Lynn Payne_ / Debtor    Case No. _____

(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | Personal Loans to E & T Excavating, LLC (1-10-3 to 11-30-3) Location: In debtor's possession | C | $ 344,523.33 |
| | | | Total → | $ 454,727.33 |

Page __4__ of __4__

FORM B6C (6/90) West Group, Rochester, NY

In re *Edward and Terry Lynn Payne and Terry Lynn Payne* _____ / Debtor    Case No. _____
                                                                                           (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property<br>**Claimed By Husband** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current Market<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| 1315 Gloria Lane, Boulder City | NRS 21.090(1)(1), 115.010 | $ 34,442.50 | $ 200,000.00 |
| Household Goods and Furnishings | NRS 21.090(1)(b) | $ 2,000.00 | $ 4,000.00 |
| Clothing | NRS 21.090.1(b) | $ 75.00 | $ 150.00 |
| .22 calibur pistol | NRS 21.090(1)(i) | $ 12.50 | $ 25.00 |
| Life Insurance Policy with Conseco | NRS 21.090.1(k) (prem. under $1,000/year | $ 400.00 | $ 400.00 |
| IRA with Boulder Dam Credit Union | NRS 21.090(1)(q)(1) | $ 20,000.00 | $ 20,000.00 |
| IRA with Edward Jones & Sons | NRS 21.090(1)(q)(1) | $ 3,014.00 | $ 3,014.00 |

FORM B6C (6/00) West Group, Rochester, NY

In re *Edward and Terry Lynn Payne and Terry Lynn Payne.* / Debtor    Case No. _____
   (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property Claimed By Wife | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 1315 Gloria Lane, Boulder City | NRS 21.090(1)(1), 115.010 | $ 34,442.50 | $ 200,000.00 |
| Household Goods and Furnishings | NRS 21.090(1)(b) | $ 2,000.00 | $ 4,000.00 |
| Clothing | NRS 21.090.1(b) | $ 75.00 | $ 150.00 |
| .22 calibur pistol | NRS 21.090(1)(i) | $ 12.50 | $ 25.00 |
| Life Insurance Policy with Conseco | NRS 21.090.1(k) (prem. under $1,000/year) | $ 400.00 | $ 400.00 |
| IRA with Boulder Dam Credit Union | NRS 21.090(1)(q)(1) | $ 20,000.00 | $ 20,000.00 |
| 1974 Jeep CJ5 (50% interest) | NRS 21.090(1)(f) | $ 500.00 | $ 500.00 |

FORM B6D (12/03) West Group, Rochester, NY

In re _Edward and Terry Lynn Payne and Terry Lynn Payne_____ / Debtor    Case No._____
                                                                                    (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor." Include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: _0346_<br>_Creditor # : 1_<br>_Bank of America_<br>_P.O. Box 30610_<br>_Los Angeles  CA 90030-0610_ | C | _04-06-2002_<br>_Car Loan_<br>_2000 Cadillac Escalade_<br><br>Value: _$ 22,000.00_ | | | | _$ 22,325.00_ | _$ 325.00_ |
| Account No: _0269_<br>_Creditor # : 2_<br>_Bank of Nevada_<br>_P.O. Box 31452_<br>_Las Vegas NV   89173-1452_ | X C | _4-2002_<br>_Non-purchase Money Security_<br><br>Value: _$ 20,000.00_ | | | | _$ 13,450.00_ | _$ 0.00_ |
| Account No: _5003_<br>_Creditor # : 3_<br>_Boulder Dam Credit Union_<br>_P.O. Box 61410_<br>_Bouder City NV 89006-1410_ | C | _1999_<br><br>_1997 Cadillac DeVille Sedan_<br><br>Value: _$ 6,000.00_ | | | | _$ 7,720.00_ | _$ 1,720.00_ |
| Account No: _-003_<br>_Creditor # : 4_<br>_Boulder Dam Credit Union_<br>_P.O. Box 61410_<br>_Bouder City NV 89006-1410_ | C | _1974_<br>_Mortgage_<br>_1315 Gloria Lane, Boulder City_<br><br>Value: _$ 200,000.00_ | | | | _$ 131,115.00_ | _$ 0.00_ |

No continuation sheets attached

|  | Subtotal $ | _174,610.00_ |
|---|---|---|
| | (Total of this page) | |
| | Total $ | _174,610.00_ |
| | (Use only on last page. Report total also on Summary of Schedules) | |

FORM B6E (12/03) West Group, Rochester, NY

In re **Edward and Terry Lynn Payne and Terry Lynn Payne** _____ / Debtor        Case No._____

                                                                                                          (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**
  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**
  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**
  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**
  Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**
  Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance or Support**
  Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
  Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
  Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

FORM B6F (12/03) West Group, Rochester, NY

In re _Edward and Terry Lynn Payne and Terry Lynn Payne_____ / Debtor        Case No._____
                                                                                                  (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Husband-H Wife-W Joint-J Community-C | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>Amiello Insurance Company | X | C | 2003<br>Insurance Premium | | | | $ 500.00 |
| Account No:   8813<br>Creditor # : 2<br>Bank of America<br>P.O. Box 2463<br>Spokane WA 99210 | X | C | 2002-03<br>Credit Card Purchases | | | | $ 27,320.50 |
| Account No:<br>Representing:<br>Bank of America | | | Callister & Reynolds<br>823 S. Las Vegas Blvd.<br>Las Vegas NV   89101 | | | | |
| Account No:<br>Creditor # : 3<br>Bulloch Brothers Engineering<br>c/o William H. Luttrell, Esq.<br>810 S. Casino Center Blvd.<br>Las Vegas NV   89101 | X | C | 2002<br>Potential Judgment | | | | $ 1,000.00 |

_5_ continuation sheets attached

Subtotal $ (Total of this page)     28,820.50

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Edward and Terry Lynn Payne and Terry Lynn Payne_ / Debtor     Case No._____

(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H—Husband, W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 4 <br> Chris Anderson | X | C | 2003 <br> Potential Claim | | | | $ 500.00 |
| Account No: 2504 <br> Creditor # : 5 <br> Citibank <br> P.O. Box 6001 <br> The Lakes NV 88901 | | C | 2002-03 <br> Credit Card Purchases | | | | $ 3,550.00 |
| Account No: <br> Representing: <br> Citibank | | | NCO Financial Systems, Inc. <br> P.O. Box 41457 <br> Philadelphia PA 19101-1457 | | | | |
| Account No: <br> Creditor # : 6 <br> Clifford Dunn, Esq. <br> UT | X | C | 2002-2003 <br> Attorney Fees | | | | $ 500.00 |
| Account No: <br> Creditor # : 7 <br> County Treasurer PP <br> 500 S. Grand Central Pkwy. <br> P.O. Box 551401 <br> Las Vegas NV 89155-1401 | | C | Government Agencies | | | | $ 0.00 |
| Account No: <br> Creditor # : 8 <br> Daniel Bulloch & Greg Bulloch | X | C | 2003 <br> Potential Claim | | | | $ 500.00 |

Sheet No. _1_ of _5_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ <br> (Total of this page) | 5,050.00 |
| Total $ <br> (Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _Edward and Terry Lynn Payne and Terry Lynn Payne_ / Debtor     Case No._____

(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 9 Dept. of Employment Contributions Section 500 E. Third St. Carson City NV 89713-0030 | C | Government Agencies | | | | $ 0.00 |
| Account No: Creditor # : 10 Dept. of Motor Vehicles Records Section 555 Wright Way Carson City NV 89711-0250 | C | Government Agencies | | | | $ 0.00 |
| Account No: Creditor # : 11 Ellsworth, Moody & Benion 7881 W. Charleston Blvd. #110 Las Vegas NV  89117 | X  C | 2003 Attorney Fees | | | | $ 2,506.00 |
| Account No: Creditor # : 12 EmC Insurance Company P.O. Box 712 Des Moines IA 50303 | X  C | 1999 Potential Judgment | | | | $ 25,000.00 |
| Account No: Representing: EmC Insurance Company | | Joseph Estes Lefebvre & Associates, Chtd. P.O. Box 3070 Las Vegas NV  89173-0670 | | | | |
| Account No: Creditor # : 13 Familian Northwest c/o M. Eric Olmstead, Esq. 301 N. 200 East #3-A St. George UT 84770 | C | 2002 Potential Judgment | | | | $ 10,000.00 |

Sheet No. _2_ of _5_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     37,506.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Edward and Terry Lynn Payne and Terry Lynn Payne_____ / Debtor     Case No._____

(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    5076 <br> Creditor # : 14 <br> First USA Bank <br> P.O. Box 50882 <br> Henderson  NV   89016-0882 | X  C | 2002 <br> Credit Card Purchases | | | | $ 11,330.00 |
| Account No:    8279 <br> Creditor # : 15 <br> Fleet Credit Card <br> c/o Creditors Exchange, Inc. <br> P.O. Box 1335 <br> Buffalo NY 14240-1335 | X  C | 2002-03 <br> Credit Card Purchases | | | | $ 21,560.00 |
| Account No:    0612 <br> Creditor # : 16 <br> FNW Mesquite #3127 <br> P.o. box 3147 <br> Mesquite NV   89024 | X  C | 2001 <br> Miscellaneous | | | | $ 252,111.75 |
| Account No: <br> Creditor # : 17 <br> Internal Revenue Service <br> Ogden, UT   84201 | C | Government Agencies | | | | $ 0.00 |
| Account No: <br> Creditor # : 18 <br> IRS Special Procedures <br> 4750 W. Oakey Blvd. <br> Las Vegas NV 89101 | C | Government Agencies | | | | $ 0.00 |
| Account No: <br> Creditor # : 19 <br> Jeff Kilhill | X  C | 2003 <br> Potential Claim | | | | $ 500.00 |

Sheet No. _3_ of _5_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) | 285,501.75

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Edward and Terry Lynn Payne and Terry Lynn Payne_ / Debtor    Case No. _____

(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 20 John Wright, Esq. 520 S. Fourth St. #360 Las Vegas NV    89101 | X | C | 2003 Attorney Fees | | | | $ 1,200.00 |
| Account No: Creditor # : 21 Burke & Associates Burke & Associates Las Vegas NV    89102 | X | C | 2003 Misc. | | | | $ 500.00 |
| Account No: Creditor # : 22 Mike Winter Virgin Valley Water District | X | C | 2003 Misc. | | | | $ 500.00 |
| Account No:    6358 Creditor # : 23 National Waterworks File #56536 Los Angeles CA 90074-6536 | X | C | 2001 Miscellaneous | | | | $ 248,840.00 |
| Account No: Creditor # : 24 Rick Kozak P.O. Box 618881 Boulder City NV    89006 | | C | 2003 Personal Loan | | | | $ 160,000.00 |
| Account No: Creditor # : 25 S.I.I.S. Attn:  Bankruptcy Desk 515 East Musser St. Carson City NV 89714 | | C | Government Agencies | | | | $ 0.00 |

Sheet No. ___4___ of ___5___ continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

Subtotal $    (Total of this page)    **411,040.00**

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Edward and Terry Lynn Payne and Terry Lynn Payne_ / Debtor          Case No. _____
                                                                                    (if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 26 <br> U.S. Filter Distribution <br> c/o Bruce N. Willoughby, Esq. <br> 701 n. Green Valley Pkwy. #220 <br> Henderson  NV   89014 | X | C | 2003 <br> Potential Judgment | | | | $ 10,000.00 |
| Account No:   6515 <br> Creditor # : 27 <br> Wells Fargo Bank <br> P.O. Box 29491 <br> Phoenix AZ 85038-9491 | | C | 2002-03 <br> Credit Card Purchases | | | | $ 104,307.00 |
| Account No: <br> Creditor # : 28 <br> Weston Nelson | | C | 2003 <br> Potential Claim | | | | $ 500.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No.   5  of   5 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal $ (Total of this page) | 114,807.00 |
| Total $ (Report total also on Summary of Schedules) | 882,725.25 |

FORM B6G (10/89) West Group, Rochester, NY

In re *Edward and Terry Lynn Payne and Terry Lynn Payne*                / Debtor        Case No. _____

                                                                                                                        (if known)

## SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
    creditors.

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *GMAC*<br>*P.O. Box 98509*<br>*Las Vegas NV   89193* | Contract Type: *Vehicle lease*<br>Terms: *3 year lease*<br>Beginning date: *9/1/2001*<br>Debtor's Interest: *Lessee*<br>Description: *2002 Chevrolet Silverado*<br><br>Buyout Option: |

FORM B6H (6/00) West Group, Rochester, NY

In re _Edward and Terry Lynn Payne and Terry Lynn Payne_ _____ / Debtor    Case No. _____
                                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Boulder Excavating, Inc.<br>P.O. Box 60785<br>Boulder City NV    89006 | Amiello Insurance Company |
| | Bank of America<br>P.O. Box 2463<br>Spokane WA   99210 |
| | Bulloch Brothers Engineering<br>c/o William H. Luttrell, Esq.<br>810 S. Casino Center Blvd.<br>Las Vegas NV    89101 |
| | Chris Anderson |
| | Clifford Dunn, Esq.<br><br> UT |
| | Daniel Bulloch & Greg Bulloch |
| | Ellsworth, Moody & Benion<br>7881 W. Charleston Blvd. #110<br>Las Vegas NV    89117 |
| | EmC Insurance Company<br>P.O. Box 712<br>Des Moines IA   50303 |
| | First USA Bank<br>P.O. Box 50882<br>Henderson  NV    89016-0882 |
| | Fleet Credit Card<br>c/o Creditors Exchange, Inc.<br>P.O. Box 1335<br>Buffalo NY  14240-1335 |

FORM B6H (6/90) West Group, Rochester, NY

In re *Edward and Terry Lynn Payne and Terry Lynn Payne*          / Debtor          Case No. _____

(if known)

## SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  | *FNW Mesquite #3127*<br>*P.o. box 3147*<br>*Mesquite NV     89024* |
| *Boulder Excavating, Inc....continued* | *Jeff Kilhill* |
|  | *John Wright, Esq.*<br>*520 S. Fourth St. #360*<br>*Las Vegas NV     89101* |
|  | *Burke & Associates*<br>*Burke & Associates*<br>*Las Vegas NV     89102* |
|  | *Mike Winter*<br>*Virgin Valley Water District* |
|  | *National Waterworks*<br>*File #56536*<br>*Los Angeles CA   90074-6536* |
|  | *U.S. Filter Distribution*<br>*c/o Bruce N. Willoughby, Esq.*<br>*701 n. Green Valley Pkwy. #220*<br>*Henderson   NV     89014* |
| *E and T Excavating, LLC*<br>*P.O. Box 62239*<br>*Boulder City NV     89006* | *Bank of Nevada*<br>*P.O. Box 31452*<br>*Las Vegas NV     89173-1452* |

FORM B6I (6/90) West Group, Rochester, NY

In re **Edward and Terry Lynn Payne and Terry Lynn Payne**　／ Debtor　　Case No. _____

(if known)

## SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Contractor** | **Unemployed** |
| Name of Employer | **E and T Excavating, LLC** | |
| How Long Employed | **2 years** | |
| Address of Employer | **P.O. Box 62239** **Boulder City NV     89006** | |

| Income: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 5,000.00 | $ 0.00 |
| Estimated Monthly Overtime | $ | 0.00 | $ 0.00 |
| SUBTOTAL | $ | 5,000.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll Taxes and Social Security | $ | 1,500.00 | $ 0.00 |
| b. Insurance | $ | 729.00 | $ 0.00 |
| c. Union Dues | $ | 100.00 | $ 0.00 |
| d. Other  (Specify): | $ | 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 2,329.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,671.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ 0.00 |
| Income from Real Property | $ | 0.00 | $ 0.00 |
| Interest and dividends | $ | 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 0.00 |
| Social Security or other government assistance Specify: | $ | 0.00 | $ 758.00 |
| Pension or retirement income | $ | 0.00 | $ 0.00 |
| Other monthly income Specify: | $ | 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ | 2,671.00 | $ 758.00 |
| TOTAL COMBINED MONTHLY INCOME $ 3,429.00 (Report also on Summary of Schedules) | | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re _Edward_ and _Terry Lynn Payne and Terry Lynn Payne_ _____ / Debtor

Case No. _____
(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,542.00 |
| Are real estate taxes included? Yes ☐ No ☒ | |
| Is property insurance included? Yes ☐ No ☒ | |
| Utilities: Electricity and heating fuel | $ 300.00 |
| Water and sewer | $ 50.00 |
| Telephone | $ 50.00 |
| Other **Real Estate Taxes** | $ 95.00 |
| | $ 100.00 |
| Home maintenance (Repairs and upkeep) | $ 700.00 |
| Food | $ 100.00 |
| Clothing | $ 25.00 |
| Laundry and dry cleaning | $ 200.00 |
| Medical and dental expenses | $ 350.00 |
| Transportation (not including car payments) | $ 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| Charitable contributions | |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 60.00 |
| Life | $ 170.00 |
| Health | $ 0.00 |
| Auto | $ 250.00 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | $ 0.00 |
| Specify: | |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 500.00 |
| Other: **Auto Lease** | $ 751.00 |
| Other: **Auto Payment** | $ 598.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other: **Misc. Toiletries** | $ 45.00 |
| Other: **Cable tv** | $ 43.00 |
| **TOTAL MONTHLY EXPENSES**    (Report also on Summary of Schedules) | $ 6,079.00 |

FORM B6 (6/90) West Group, Rochester, NY

In re **Edward and Terry Lynn Payne and Terry Lynn Payne** _____ / Debtor    Case No. _____
                                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____21_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: **1/2/2004** _____    Signature _____
                                                **Edward and Terry Lynn Payne**

Date: **1/2/2004** _____    Signature _____
                                                **Terry Lynn Payne**

Form 7 (9/00) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re *Edward and Terry Lynn Payne*
 *and*
 *Terry Lynn Payne*

Case No.
Chapter 7

_____ / Debtor

### STATEMENT OF FINANCIAL AFFAIRS

  This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

  Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

  "In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

  "Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

## 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**AMOUNT**       **SOURCE (if more than one)**

*Year to date: $0.00*   *Income from Employment*
 *Last Year: $80,996.00*
*Year before: $80,974.00*

## 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

Form 7 (9/00)  West Group, Rochester, NY

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *U.S. Filter Distribution Group, Inc. v. Boulder Excavating, Inc., et al., Case No. #A439687 and A450053* | Collection | *District Court, Clark County, Nevada.* | *Discovery* |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.).

☒ NONE

*Form 7 (9/00)  West Group, Rochester, NY*

**8. Losses.**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: Robert C. LePome, Esq. Address: 330 S. Third St. #1100B Las Vegas, NV 89101 | Date of Payment: Payor: Edward and Terry Lynn Payne | $2,500.00 in attorney fees and $209.00 in costs |

---

**10. Other transfers.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**11. Closed financial accounts.**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

---

**12. Safe deposit boxes.**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**13. Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**14. Property held for another person.**

List all property owned by another person that the debtor holds or controls.

☒ NONE

---

**15. Prior address of debtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

Form 7 (9/00)  West Group, Rochester, NY

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under any Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| Debtor is an Individual: Boulder Excavating, Inc. Business Address: P.O. Box 50785, Boulder City, NV  89006 | TaxPayer ID: 88-0205148 | Construction Excavation | |

Form 7 (9/00)  West Group, Rochester, NY

QUESTION 18a CONTINUED ...

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is an Individual: E and T Excavating, LLC Business Address: P.O. Box 62239, Boulder City, NV  89006* | *TaxPayer ID:52-2343422* | *Construction Excavation* | |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following; an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

**19. Books, records and financial statements.**

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Name: Mark Sherman, CPA Address: 601 S. Rancho Dr. #D-32, Las Vegas, NV  89106-4827* | *Dates: 2002-Present* |
| *Name:Premier Business Services, LLC Address: 8920 W. Tropicana, Las Vegas, Nv  89147* | *Dates: 2000-2001* |

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

*Name: Edward Payne*
*Address: 1315 Gloria Lane, Boulder City, NV  89005*
*Missing:*

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

☒ NONE

Statement of Affairs - Page 5

En

Form 7 (9/00) West Group, Rochester, NY

---

**20. Inventories.**

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

---

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

☒ NONE

---

**21. Current Partners, Officers, Directors and Shareholders.**

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Name: Swains Creek Limited Family Partnership<br>Address: P.O. Box 62239,<br>Boulder City, NV 89005<br>Address:<br>Address: | Interest: Member<br>Percent: 75% owner in E & T Excavating, LLC | |
| Name: Edward and Terry Payne<br>Address: 1315 Gloria Lane,<br>Boulder City, NV 89005<br>Address:<br>Address: | Interest: Member<br>Percent: 25% owner in E & T Excavating, LLC | |
| Name: Edward Payne<br>Address: 1315 Gloria Lane,<br>Boulder City, NV 89005<br>Address:<br>Address: | Interest: 2% in Swains Creek Limited Family Partnership<br>Percent: | |
| Name: Terry Payne<br>Address: 1315 Gloria Lane,<br>Boulder City, NV 89005<br>Address:<br>Address: | Interest: 2% interest in Swains Creek Limited Family Parternership<br>Percent: | |
| Name: Wendy Robinson<br>Address: 3115 Pebble Beach, Las Vegas, NV 89108<br>Address:<br>Address: | Interest: 96% interest in Swains Creek Limited Family Partnership<br>Percent: | |

Form 7 (9/00) West Group, Rochester, NY

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Name: Edward Payne**<br>**Address: 1315 Gloria Lane,**<br>**Boulder City, NV 89005**<br>**Address:**<br>**Address:** | **President and**<br>**Shareholder** | **50% no par value** |
| **Name: Terry Payne**<br>**Address: 1315 Gloria Lane,**<br>**Boulder City, NV 89005**<br>**Address:**<br>**Address:** | **Secretary/Treasurer**<br>**and Shareholder** | **50% no par value** |

**22. Former partners, officers, directors and shareholders.**

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

**23. Withdrawals from a partnership or distribution by a corporation.**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

**24. Tax Consolidation Group.**

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six year period immediately preceding the commencement of the case.

☒ NONE

**25. Pension Funds.**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six year period immediately preceding the commencement of the case.

☒ NONE

Form 7 (9/00) West Group, Rochester, NY

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _1/2/2004_                         Signature_____

                                        Edward and Terry Lynn Payne

Date _1/2/2004_                         Signature_____

                                        Terry Lynn Payne

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and § 3571.

FORM B8 (9/97) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re *Edward and Terry Lynn Payne and Terry Lynn Payne*

Case No.
Chapter   7

_____/ Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

a.   **Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| 2000 Cadillac Escalade | Bank of America |

b.   **Property to Be Retained.**                              [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| Heavy Equipment | Bank of Nevada | Retain | | |
| 1997 Cadillac DeVille Sedan | Boulder Dam Credit Union | X | | |
| 1315 Gloria Lane, Boulder City | Boulder Dam Credit Union | X | | |

### Signature of Debtor(s)

Date: *1/2/2004*            Debtor: _____

Date: *1/2/2004*            Joint Debtor: _____

West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

In re   *Edward and Terry Lynn Payne*
        *and*
        *Terry Lynn Payne*

Case No.
Chapter:   **7**

_____ /Debtor(s)

Attorney For Debtor:  *Robert C. LePome, Esq.*

## LIST OF CREDITORS

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 1 | Amiello Insurance Company | Insurance Premium | | $ 500.00 |
| 2 | Bank of America<br>P.O. Box 30610<br>Los Angeles , CA   90030-0610 | Car Loan<br>2000 Cadillac Escalade | | $ 22,325.00 |
| 3 | Bank of America<br>P.O. Box 2463<br>Spokane, WA   99210 | Credit Card Purchases | | $ 27,320.50 |
| 4 | Bank of Nevada<br>P.O. Box 31452<br>Las Vegas, NV   89173-1452 | Non-purchase Money Security | | $ 13,450.00 |
| 5 | Boulder Dam Credit Union<br>P.O. Box 61410<br>Bouder City, NV  89006-1410 | 1997 Cadillac DeVille Sedan | | $ 7,720.00 |
| 6 | Boulder Dam Credit Union<br>P.O. Box 61410<br>Bouder City, NV  89006-1410 | Mortgage<br>1315 Gloria Lane, Boulder City | | $ 131,115.00 |
| 7 | Bulloch Brothers Engineering<br>c/o William H. Luttrell, Esq.<br>810 S. Casino Center Blvd.<br>Las Vegas, NV    89101 | Potential Judgment | | $ 1,000.00 |
| 8 | Chris Anderson | Potential Claim | | $ 500.00 |

West Group, Rochester, NY



# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|-------------------|---------|--------------|
| 9 | Citibank<br>P.O. Box 6001<br>The Lakes, NV  88901 | Credit Card Purchases | | $ 3,550.00 |
| 10 | Clifford Dunn, Esq.<br>UT | Attorney Fees | | $ 500.00 |
| 11 | County Treasurer PP<br>500 S. Grand Central Pkwy.<br>P.O. Box 551401<br>Las Vegas, NV  89155-1401 | Government Agencies | | $ 0.00 |
| 12 | Daniel Bulloch & Greg Bulloch | Potential Claim | | $ 500.00 |
| 13 | Dept. of Employment<br>Contributions Section<br>500 E. Third St.<br>Carson City, NV  89713-0030 | Government Agencies | | $ 0.00 |
| 14 | Dept. of Motor Vehicles<br>Records Section<br>555 Wright Way<br>Carson City, NV  89711-0250 | Government Agencies | | $ 0.00 |
| 15 | Ellsworth, Moody & Benion<br>7881 W. Charleston Blvd. #110<br>Las Vegas, NV  89117 | Attorney Fees | | $ 2,506.00 |
| 16 | EmC Insurance Company<br>P.O. Box 712<br>Des Moines, IA  50303 | Potential Judgment | | $ 25,000.00 |
| 17 | Familian Northwest<br>c/o M. Eric Olmstead, Esq.<br>301 N. 200 East #3-A<br>St. George, UT  84770 | Potential Judgment | | $ 10,000.00 |
| 18 | First USA Bank<br>P.O. Box 50882<br>Henderson , NV    89016-0882 | Credit Card Purchases | | $ 11,330.00 |
| 19 | Fleet Credit Card<br>c/o Creditors Exchange, Inc.<br>P.O. Box 1335<br>Buffalo, NY  14240-1335 | Credit Card Purchases | | $ 21,560.00 |

West Group, Rochester, NY

# LIST OF CREDITORS
### (Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|-------------------|---------|--------------|
| 20 | FNW Mesquite #3127<br>P.o. box 3147<br>Mesquite, NV    89024 | Miscellaneous | | $ 252,111.75 |
| 21 | Internal Revenue Service<br>Ogden, UT   84201 | Government Agencies | | $ 0.00 |
| 22 | IRS Special Procedures<br>4750 W. Oakey Blvd.<br>Las Vegas, NV   89101 | Government Agencies | | $ 0.00 |
| 23 | Jeff Kilhill | Potential Claim | | $ 500.00 |
| 24 | John Wright, Esq.<br>520 S. Fourth St. #360<br>Las Vegas, NV    89101 | Attorney Fees | | $ 1,200.00 |
| 25 | Burke & Associates<br>Burke & Associates<br>Las Vegas, NV    89102 | Misc. | | $ 500.00 |
| 26 | Mike Winter<br>Virgin Valley Water District | Misc. | | $ 500.00 |
| 27 | National Waterworks<br>File #56536<br>Los Angeles, CA   90074-6536 | Miscellaneous | | $ 248,840.00 |
| 28 | Rick Kozak<br>P.O. Box 618881<br>Boulder City, NV    89006 | Personal Loan | | $ 160,000.00 |
| 29 | S.I.I.S.<br>Attn:  Bankruptcy Desk<br>515 East Musser St.<br>Carson City, NV  89714 | Government Agencies | | $ 0.00 |
| 30 | U.S. Filter Distribution<br>c/o Bruce N. Willoughby, Esq.<br>701 n. Green Valley Pkwy. #220<br>Henderson , NV    89014 | Potential Judgment | | $ 10,000.00 |

West Group, Rochester, NY

# LIST OF CREDITORS
### (Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 31 | Wells Fargo Bank<br>P.O. Box 29491<br>Phoenix, AZ  85038-9491 | Credit Card Purchases | | $ 104,307.00 |
| 32 | Weston Nelson | Potential Claim | | $ 500.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Rule 2016(b) (8/91) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re *Edward and Terry Lynn Payne*
*and*
*Terry Lynn Payne*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor: *Robert C. LePome, Esq.*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *2,500.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ *2,500.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ *0.00*

3. $ *209.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *1/2/2004*

Respectfully submitted,

X_____

Attorney for Petitioner: *Robert C. LePome, Esq.*
*Robert C. LePome, Esq.*
*330 S. Third St. #1100B*
*Las Vegas NV  89101*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re **Edward and Terry Lynn Payne**
   **and**
   **Terry Lynn Payne**

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:   **Robert C. LePome, Esq.**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.

Date: **1/2/2004**

_____
Debtor

_____
Joint Debtor

Edward and Terry Lynn Payne
1315 Gloria Lane
Boulder City, NV    89005


Terry Lynn Payne
1315 Gloria Lane
Boulder City, NV    89005


Robert C. LePome, Esq.
330 S. Third St. #1100B
Las Vegas, NV  89101


Amiello Insurance Company


Bank of America
P.O. Box 2463
Spokane, WA  99210


Bank of America
P.O. Box 30610
Los Angeles , CA  90030-0610


Bank of Nevada
P.O. Box 31452
Las Vegas, NV    89173-1452


Boulder Dam Credit Union
P.O. Box 61410
Bouder City, NV  89006-1410


Boulder Excavating, Inc.
P.O. Box 60785
Boulder City, NV    89006


Bulloch Brothers Engineering
c/o William H. Luttrell, Esq.
810 S. Casino Center Blvd.
Las Vegas, NV    89101

Callister & Reynolds
823 S. Las Vegas Blvd.
Las Vegas, NV    89101


Chris Anderson




Citibank
P.O. Box 6001
The Lakes, NV    88901


Clifford Dunn, Esq.
UT


County Treasurer PP
500 S. Grand Central Pkwy.
P.O. Box 551401
Las Vegas, NV    89155-1401


Daniel Bulloch & Greg Bulloch




Dept. of Employment
Contributions Section
500 E. Third St.
Carson City, NV    89713-0030


Dept. of Motor Vehicles
Records Section
555 Wright Way
Carson City, NV    89711-0250


E and T Excavating, LLC
P.O. Box 62239
Boulder City, NV    89006


Ellsworth, Moody & Benion
7881 W. Charleston Blvd. #110
Las Vegas, NV    89117

EmC Insurance Company
P.O. Box 712
Des Moines, IA  50303


Familian Northwest
c/o M. Eric Olmstead, Esq.
301 N. 200 East #3-A
St. George, UT  84770


First USA Bank
P.O. Box 50882
Henderson , NV    89016-0882


Fleet Credit Card
c/o Creditors Exchange, Inc.
P.O. Box 1335
Buffalo, NY  14240-1335


FNW Mesquite #3127
P.o. box 3147
Mesquite, NV    89024


GMAC
P.O. Box 98509
Las Vegas, NV  89193


Internal Revenue Service
Ogden, UT  84201


IRS Special Procedures
4750 W. Oakey Blvd.
Las Vegas, NV  89101


Jeff Kilhill


John Wright, Esq.
520 S. Fourth St. #360
Las Vegas, NV    89101

Joseph Estes
Lefebvre & Associates, Chtd.
P.O. Box 3070
Las Vegas, NV      89173-0670


Burke & Associates
Burke & Associates
Las Vegas, NV      89102


Mike Winter
Virgin Valley Water District


National Waterworks
File #56536
Los Angeles, CA   90074-6536


NCO Financial Systems, Inc.
P.O. Box 41457
Philadelphia, PA   19101-1457


Rick Kozak
P.O. Box 618881
Boulder City, NV      89006


S.I.I.S.
Attn:   Bankruptcy Desk
515 East Musser St.
Carson City, NV   89714


U.S. Filter Distribution
c/o Bruce N. Willoughby, Esq.
701 n. Green Valley Pkwy. #220
Henderson , NV      89014


Wells Fargo Bank
P.O. Box 29491
Phoenix, AZ   85038-9491


Weston Nelson