RECEIVED & FILED

Oct 1  12 32 PM '10

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>Payne, Edward<br>Payne, Terry Lynn<br>                  Debtor(s) | Case No. BK-S-04-10020 MKN<br><br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>NOTICE OF UNCLAIMED FUNDS |

TO:     Clerk, United States Bankruptcy Court

FROM:   William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 1 | Amiello Insurance Company | $ 3.02 | |
| 2 | Bank Of America | | $ 164.78 |
| 3 | Citibank | $ 21.41 | |
| 6 | First USA Bank | | $ 68.34 |
| 8 | FNW Mesquite #3127 | | $ 1,520.58 |
| | Sub-Totals | $ 24.43 | $ 1,753.70 |
| | Total check | | $ 1,778.13 |

Date:   September 23, 2010

/s/ William A. Leonard, Jr.
Trustee William A. Leonard, Jr.

Rec# 197950                                                  $ 1778.13